UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD AUGUST RHODES, | : |
| | : |
| Plaintiff, | : |
| v. | : No. 15-3309 |
| | : |
| CAROLYN W. COLVIN, | : |
| | : |
| Defendant. | : |

**O R D E R**

AND NOW, this 2nd day of March, 2016, upon consideration of the Plaintiff's Request for Review and the Defendant's Response thereto, and after careful review of the Report and Recommendation of United States Magistrate Jacob P. Hart, **IT IS ORDERED** that:

1. The Report and Recommendation is **APPROVED and ADOPTED**.

2. The Plaintiff's Request for Review is **DENIED**.

3. Judgment **IS ENTERED** in this case in favor of the Defendant.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge